# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

August 19, 2013

No. 11-31113
Summary Calendar

Lyle W. Cayce
Clerk

HALIMA KNOX,

Plaintiff-Appellant

v.

LOUISIANA STATE DEPARTMENT OF CORRECTIONS DIXON
CORRECTIONAL INSTITUTION; LINDA JENKINS, Master Sergeant -
Warehouse; ROMONA JACKSON, Master Sergeant - Warehouse; HENRY
WONDER, Sergeant - Unit 1; UNKNOWN BISSETT, Sergeant - Unit 2;
LANE THOMAS, Assistant Warden - Unit 2; RICHARD COURTNEY, H.R.,

Defendants - Appellees

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:11-CV-233

Before REAVLEY, JONES, and PRADO, Circuit Judges.

PER CURIAM:[*]

Plaintiff-Appellant Hamila Knox appeals the judgment of the district

court and seeks damages and reinstatement as an employee of the Louisiana

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be
published and is not precedent except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.

No. 11-31113

Department of Public Safety.  She has not presented to this court any legal error by the district court.  She complains of a problem with her uniform and also discusses her medical problems, but she has failed to connect any complaint to a material adverse employment action by the defendant state agency.  The Referee who considered her appeal to the Civil Service explained the necessity of her relating specific details of discriminatory action to justify any legal recovery, and the district judge repeated that requirement.  Her reply brief  attempts to do better, but it, too, is largely based on conclusions and is unconnected to any legal claim.

Again, there is no error of the district court.

AFFIRMED.